Fill in this information to identify the case:

Debtor name: **KM-T.E.H. Realty 10, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MISSOURI**

Case number (if known):

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A.S.C.H. Ltd**<br>**M.b 777**<br>**Raanana Israel** | | **Money Loaned** | | | | **$1,000,000.00** |
| **Answer Kansas City Ltd.**<br>**8725 Rosehill Road**<br>**Suite 117**<br>**Lenexa, KS 66215** | | | | | | **$335.49** |
| **Baker Distributing Co., LLC**<br>**c/o Amato & Keating, P.C.**<br>**107 N. Commerce Way**<br>**Suite 100**<br>**Bethlehem, PA 18017** | | **HVAC bill** | | | | **$1,601.02** |
| **Calvin S. Lawn Service**<br>**9416 Oakland Ave.**<br>**Kansas City, MO 64138** | | **Lawn care bill** | | | | **$250.00** |
| **Excel Carpet Works**<br>**6388 SE Downing Road**<br>**Holt, MO 64048** | | **Repairs** | | | | **$1,810.00** |
| **HD Supply**<br>**P.O. Box 509058**<br>**San Diego, CA 92150-9058** | | **Repairs** | | | | **$323.28** |
| **JT Pest Management, LLC**<br>**8617 E. 57th Street**<br>**Kansas City, MO 64129** | | **Pest Control Bill** | | | | **$291.30** |
| **MMA of KC**<br>**P.O. Box 176285**<br>**Denver, CO 80217** | | | | | | **$55.00** |

| Debtor | KM-T.E.H. Realty 10, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Sherwin Williams**  915 Murray Drive  Suite 338  Lexington, KY 40505 | | **Repairs** | | | | $2,532.13 |
| **Southtown Glass Company**  11219 Hickman Mills Drive  Kansas City, MO 64134 | | **Repairs** | | | | $509.46 |
| **The Lock Doctor**  310 NE 291 Highway  Lees Summit, MO 64086 | | **Repairs** | | | | $12.39 |
| **Time Warner Cable/Spectrum Business**  5151 Osage Beach Parkway  Suite B  Osage Beach, MO 65065 | | **Cable Bill** | | | | $1,061.02 |
| **Trigild, Inc.**  9339 Genesee Ave., #130  San Diego, CA 92121 | | **Court Appointed Receiver for Debtor's Real Property** | | | | $0.00 |
| **Verticomm**  9120 Nieman Road  Overland Park, KS 66214 | | **IT services** | | | | $145.97 |
| **Wel-Don Plumbing & Drain Service**  6324 Overton Avenue  Kansas City, MO 64133 | | **Plumbing Bill** | | | | $90.00 |
| **Wilmar/Home Depot Pro-St. Louis Pro**  623 Lambert Pointe Drive, Building B  Hazelwood, MO 63042 | | | | | | $95.20 |
| **Yardi Systems**  430 S. Fairview Ave.  Goleta, CA 93117 | | | | | | $1,120.44 |